IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
98 JAN 30 PM 2:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

RICHARD ARMSTRONG, )
)
Plaintiff, )
)
vs. ) CV 97-B-2723-S
)
OFFICER BRANDON LEE, )
and SERGEANT WILLIAMS, )
)
Defendants. )

ENTERED
JAN 3 0 1998

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 2, 1998, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous under 28 U.S.C. § 1915A(b). No objections have been filed.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed as frivolous pursuant to 28 U.S.C. § 1915A(b). An appropriate order will be entered.

DATED this _30th_ day of January, 1998.

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE

---

[1]   Plaintiff himself filed a Motion to Dismiss on January 12, 1998.